UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>FAYE BENKLE,<br><br>            Defendant. | No.  2:20-cv-0880 DB P<br><br><br><u>ORDER</u> |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Plaintiff alleges defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.  In a document filed October 1, 2020, plaintiff seeks a temporary restraining order.  He alleges that medical staff and correctional officers have encouraged other inmates to attack him in order to force plaintiff to drop this action.

      This court requires further information to consider plaintiff's request.  Accordingly, IT IS HEREBY ORDERED that:

      1. No later than the close of business on October 8, 2020, defendant's counsel shall file a response to plaintiff's motion.

////

////

////

1

2. The Clerk of the Court shall serve a copy of this order by fax or other electronic means on the litigation coordinator at the California Health Care Facility.

DATED: October 2, 2020

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/harr0880.tro resp